IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINE FEIT,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LEHIGH UNIVERSITY,**<br><br>*Defendant*. | Case No. 5:19-cv-02336-JDW |

### ORDER

AND NOW, this 5th day of February, 2021, upon consideration of Defendant Lehigh University's Motion For Summary Judgment (ECF No. 47), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.  Defendant Lehigh's Motion for Summary Judgment (ECF No. 47) is **GRANTED;**

2.  **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff; and

3.  The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge